UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Dimensional Arts* §
§
§ *United States District Court*
§ *Southern District of Texas*
§ *ENTERED*
versus § JAN 2 8 1997
§
§ Michael N. Milby, Clerk of Court
*Harris* § CIVIL ACTION H- 96 - 3063
§
§

## Order Resetting Conference

1. The pretrial conference set _2-3-97_ has been reset to: _2-5-97_, at _3:00_.

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on _Jan. 28_, 1997, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

o.
updateddl.

3