| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 2 3 1997

Michael N. Milby, Clerk of Court

DIMENSIONAL ARTS, INC., *et al.*, §
§
        Plaintiffs, §
§
*versus* § CIVIL ACTION H-96-3063
§
KENNETH HARRIS, §
§
        Defendant. §

## Order of Dismissal

On the plaintiffs' motion, this case is dismissed.

Signed April 23, 1997, at Houston, Texas.

Lynn N. Hughes
United States District Judge

5